IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

 v.

GREGORY BETHEA,

      Defendant.

ORDER

17-cr-8-jdp

---

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered April 30, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge