IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| Plaintiff, | |
| | 17-cr-8-wmc |
| v. | |
| GREGORY BETHEA, | |
| Defendant. | |

---

The court GRANTS defendant's motion to request an expedited sentencing (dkt. #80) to be held on July 17, 2019, at 11:00 a.m., PROVIDED THAT no later than this Friday, July 12, the parties' counsel, as well as defendant Gregory Bethea, individually, sign a joint stipulation agreeing to waive any challenge to expediting sentencing and to the court's reliance on the revised presentence report (dkt. #18) (other than as previously objected), in addition to: (1) any information the probation office may provide in writing on or before Monday, July 15, 2019, with respect to his adjustment to supervision following his original sentencing hearing in December 2017; and (2) any further objections or written submissions the parties may wish to file on or before Tuesday, July 16, 2019.

In the interim, the U.S. Marshal is further DIRECTED to work with the Dane County Jail to ensure Bethea is seen by a medical physician qualified to assess his diabetic needs and, in conjunction with that physician, to implement a treatment plan to manage Bethea's diabetes adequately to the extent reasonably possible. Defendant Bethea is also admonished to cooperate fully and truthfully with those attempting to provide medical care.

Entered this 8th day of July, 2019.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge